# CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO. |
|---|---|
| v. | |
| HUGO CORONA | MAGISTRATE'S CASE NO. <br> 07- **07 - 2 0 0 8 M** |

Complaint for violation of Title 18, United States Code, Section 2422(b).

| NAME OF MAGISTRATE JUDGE <br><br> HONORABLE FREDERICK F. MUMM | UNITED STATES <br> MAGISTRATE JUDGE | LOCATION <br> Los Angeles, CA |
|---|---|---|

| DATE OF OFFENSE <br> November 20, 2007 | PLACE OF OFFENSE <br><br> Los Angeles County | ADDRESS OF ACCUSED (IF KNOWN) |
|---|---|---|

CLERK, U.S. DISTRICT COURT
FILED
NOV 21 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION :**

On or about August 21, 2007, and continuing to the present, in Los Angeles County, within the Central District of California, defendant HUGO CORONA knowingly used a facility of interstate commerce, namely, the Internet, to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense, namely, Lewd Act Upon a Child Under the Age of 14 Years, in violation of California Penal Code Section 288, and in attempting to commit this offense, defendant HUGO CORONA did something that was a substantial step toward committing this offense, including, communicating via the Internet with an undercover FBI agent whom defendant HUGO CORONA believed was a minor girl, in violation of Title 18, United States Code, Section 2422(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> MARC J. BOTELLO | SIGNATURE OF COMPLAINANT <br><br> OFFICIAL TITLE <br> SPECIAL AGENT -- Federal Bureau of Investigation |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1) | DATE <br><br> November 21, 2007 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

JAC:cc                    REC: Detention

## AFFIDAVIT

I, Marc J. Botello, being duly sworn, do hereby depose and state:

### I.   INTRODUCTION

1.   I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed for more than 19 years.  I am currently assigned to a multi-agency child exploitation task force known as the Southern California Regional Sexual Assault Felony Enforcement Team ("SAFE Team").  My responsibilities include the enforcement of federal criminal statutes involving the sexual exploitation of children pursuant to Title 18, United States Code, Section 2252, et. seq.  As part of my training as a member of the SAFE Team, I have attended a one-week training class regarding the Internet, on-line child pornography, and Internet child enticement investigations and have consulted with my colleagues who have many years of experience investigating child pornography and child exploitation cases.  I have also been the affiant on numerous prior search and arrest warrant affidavits.

2.   This affidavit is made in support of a criminal complaint and arrest warrant charging HUGO CORONA ("CORONA") with violating Title 18, United States Code, Section 2422(b); Attempted Use of Facility of Interstate Commerce to Induce a Minor to Engage in Criminal Sexual Activity for Which a Person

1

Could be Charged with a Criminal Offense.[1]

3.    This affidavit is intended to show that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all my knowledge of, or investigation into, this matter.

## II.   BACKGROUND REGARDING CHILD EXPLOITATION OFFENSES, COMPUTERS, AND THE WORLDWIDE INTERNET COMPUTER COMMUNICATION NETWORK

4.    Based on discussions with SAs who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I have knowledge of the Internet and how it operates.  For example, I know that the Internet is a worldwide computer network that allows communications, information and data to be transmitted from one computer to another across state, national and international boundaries.  Among the ways that individuals who utilize the Internet can communicate with one another is through the use of electronic mail messages ("e-mail") and Instant Messenger messages ("IM").

5.    The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or

---

[1]The conduct at issue would support numerous charges, including but not limited to, Lewd Act upon a Child Under the Age of 14, California Penal Code, Section 288.

storage functions, and includes any data storage facility or
communications facility directly related to or operating in
conjunction with such device but does not include an automated
typewriter or typesetter, a portable hand held calculator, or
some other similar device."

Email

6.   Email is an electronic form of communication from one
person to one or more persons via the Internet which usually
contains typed-written correspondence and may contain audio and
visual images.  An email usually contains a message "header"
which generally displays the sender's email address, the
recipient's email address, and the date and time of the email
transmission.  If a sender chooses to do so, he or she can type a
subject line into the header.

Chat Rooms

7.   A chat room is a public area of the Internet that users
can visit in order to type messages to one another.  When an
Internet user joins a chat room, he or she can view the text that
is typed by any of the other participants to the chat.  The
physical world equivalent to a chat room would be for a person to
stand in a room full of people and shout a message so loudly that
everyone in the room can hear it.  Chat rooms usually are named
based on a topic of interest and users can choose rooms to enter
by searching for chat room names that reflect their particular

areas of interest.

Instant Messages

8.    IMs allow an Internet user to send and receive messages in real time to one specific user (instead of a group of users). IMs are similar to e-mail except that IMs are sent virtually instantaneously, and both parties to the message are normally logged into the Internet for the purpose of engaging in a real-time communication.  In order to communicate via IMs, users must be logged onto the Internet using a unique "screen name," which must be different from those already in use during the ongoing chat session.

9.    IM conversations also can be called "chat sessions" even though it is a conversation between only two people. Individual users can also transmit photographs or graphic files in real time during an IM chat session.

10.    A user can (although it is not required) be in a chat room and also at the same time send an IM to any other on-line user, including one that is in the same chat room.  The physical world equivalent of this would be if a person is in a room full of people and then leans over to whisper a message in the ear of another individual in the room.  If the message is sent via IM, only the sender and receiver can view the message.

11.    I know from my training and experience, and from conversations with other agents with extensive experience in

4

investigating child exploitation crimes, that it is a common practice for those who attempt to entice a minor to engage in sexual activity via the Internet to utilize e-mail, IMs, and chat room services in committing this crime.

12.  Based on my training and experience, I know that people commonly use abbreviations during IM chatting.  Some examples of these would be:  "oic" for the phrase "Oh, I see"; "brb" for "Be right back"; "k" for "Okay"; and "lol" for "Laughing out loud." I also know that it is common for people in IM chats to type in incomplete sentences, to misspell words frequently, and to not use capital letters.  Throughout the IM chat sessions described below, I used some of these abbreviations.

AOL INCORPORATED

13.  Based on discussions with SAs who have many years of experience investigating child pornography and child exploitation cases, and my own personal knowledge, I know the following about America Online ("AOL"):

a.  AOL is a company or Internet Service Provider ("ISP") that sells access directly to the Internet.  AOL allows its subscribers to connect to the Internet.

b.  Each subscriber to AOL has access to a computer which communicates with the central computer system operated by AOL in the State of  Virginia.

c.  AOL maintains records pertaining to its

5

subscribers.  These records include subscriber information, account access information, e-mail transaction information, account application information, and other information which records the activities and interactions of these accounts.

      d.    AOL offers its subscribers the ability to communicate with other individuals via e-mail, chat rooms, and IMs.  For identification purposes, each AOL user must create a unique screen name or profile, which can be viewed by all other members.

      e.    AOL has a feature entitled "Buddy List," which permits AOL members to place other AOL members on a contact list. When an AOL member signs onto the Internet, their "Buddy List" will inform them which of the other members of the "Buddy List" are currently online.

## III. INVESTIGATION

    14.  On August 21, 2007, I logged onto AOL in an undercover capacity using the AOL profile "MsMegan818."  This profile, which other AOL users are able to access and review, identified "MsMegan818" (hereinafter referred to as "Megan") as a single female named Megan who lived in Southern California, who is going into the 8th grade, and who was interested in the beach and her friends.

      a.    Using this AOL screen name, I joined a chat room created by AOL users entitled "Los Angeles."

b.    At approximately 2:45PM, an individual using the AOL screen name "C0r0nah," later identified as CORONA, initiated a private IM chat session with "Megan."

i.    This conversation, as with all other online conversations between us, was recorded by the computer that I used.

ii.    During this conversation, CORONA asked "Megan" how old she was, stating "how old r u."  "Megan" replied, "im 13."  CORONA described himself as a 25 year old male from Los Angeles, California.  After being asked by CORONA if she was in the 8th grade, "Megan" stated, "going into 8th."  CORONA then asked "Megan" if she had any pictures, stating "got pics."

iii.    At approximately 2:44PM, CORONA sent, via email, a picture of himself sitting at a desk.

iv.    "Megan" then sent to CORONA an e-mail containing a photograph that she claimed was a photograph of herself but in actuality is a photograph of an FBI agent, taken at approximately age 13, who has consented to the use of this photograph in child exploitation cases.  The photograph depicts a young female with long brown hair wearing a white t-shirt with the logo "Banana Republic" on the left front pocket.

15.  On August 22, 2007, at approximately 3:32PM, CORONA, using the screen name "C0r0nah," IM'd "Megan," and had an online conversation with "Megan."

a.    During this conversation, "Megan" informed CORONA that she was "just hanging...bored."  CORONA told "Megan" maybe

they should do something about that and suggested they go to a movie stating, "a movie on friday."  CORONA then asked "Megan" if she had any more pictures and if he could see them.  "Megan" sent an email containing a photograph which she claimed was a photograph of herself, but in actuality was another picture of the same FBI agent previously identified.  This photograph was a double-image picture with a face picture in the foreground and a smaller image of the same female in a gymnastics uniform in the background.  After "Megan" sent this picture, CORONA stated, "wooooow now i think im in love."

     b.  Later in the conversation, CORONA told "Megan" that he hoped they would be able to talk on the telephone, stating "i really really really really hope we can talk on the phone.. just to make sure im not dreaming and tat you are actually real." CORONA then provided his telephone number as "213-749-6501...hugo."  When "Megan" asked CORONA if this was a cell number, CORONA stated, "no...work number" and "just make sure it before 4 p.m."

     16.  On August 23, 2007, at approximately 11:25AM, CORONA, using the screen name "C0r0nah," IM'd "Megan," and had an online conversation with "Megan."

     a.  During this conversation, CORONA stated he worked for the United Parcel Service, stating, "I work for U.P.S."

     b.  During the same conversation, CORONA and "Megan" discussed doing something together and CORONA stated, "just remember I am 25...and you are a minor I dont wanna get in

8

trouble ..for talking to you."  "Megan" asked why they would get
in trouble if they were only chatting.  CORONA stated, "yeah but
you know...we are thinking of going to a movie and people may see
that wrong."  CORONA then asked, "well how old r u."  "Megan"
replied, "im 13."

      c.   Later in the same conversation, CORONA told
"Megan" he would want to do things with her but was uncomfortable
telling her.  The following is an excerpt of this same
conversation:

CORONA:   THERE WILL BE SO MUCH THINGS I WILL LOVE TO DO WITH
          YOU.

Megan:    really...like what

CORONA:   I CANT SAY IT (frown face)

Megan:    y not ??? (happy face)

CORONA:   IT FEEL WRONG

Megan:    oh..ok never mind

Megan:    its cool

Megan:    u dont havta tell me

CORONA:   BUT TALKING AND HANGING OUT

CORONA:   IS COOL

CORONA:   THE IDEA IS TO TALK

CORONA:   KISS

CORONA:   HOLD YOU

    17.  On August 24, 2007, at approximately 10:05AM, CORONA,
using the screen name "C0r0nah," IM'd "Megan," and he had an
online conversation with "Megan."

a.   During this conversation, CORONA and "Megan"
discussed meeting and what they would do when they were together.
CORONA asked "Megan" if he could feel her breasts, stating, "can
I feel your breast" and "only if you let me...if it was up to me
i will even kiss them."  CORONA also asked "Megan" if she would
be willing to touch his penis, stating, "is like a guy when he
makes out with a girl even if he does not want to his private
part gets up."  The following is an excerpt of this same
conversation:

CORONA:   AND WILL YOU LIKE TO FEEL IT

CORONA:   HOLD IT

Megan:    hold what...???

CORONA:   MY PART

Megan:    what part...?...im confused

Megan:    hold ur hand?

CORONA:   NEVER MIND

Megan:    what wer u asking me?

Megan:    honestly...

CORONA:   IF YOU WILL LIKE TO FEEL MY PRIVATE PART

Megan:    u meen ur penis?

Megan:    lol

CORONA:   LOL

CORONA:   WELL

Megan:    well what?

Megan:    is that what u ment...?

CORONA:   YEAH

18.  On September 4, 2007, at approximately 2:28PM, CORONA, using the screen name "C0r0nah," IM'd "Megan," and he had an online conversation with "Megan."

a.  During this conversation, CORONA advised "Megan" that he was tired of putting off meeting her and discussed when they might be able to meet.  CORONA stated, "but im tire of putting our date aside....i wanna see you...i wanna be with you." CORONA further stated, "i wanna make love to you" and "i wanna have you...i wanna hold you...i waanna be alone with you and make love to you."  CORONA then asked "Megan" where she wanted to meet, stating, "where do u wanna meet."  After "Megan" responded that it was up to him, CORONA stated, "your house."

b.  In the same conversation, CORONA further discussed other sexual acts he wished to participate in with "Megan," stating, "maybe having you suck my cock...and my lick your pussy...and your ass."

19.  On September 13, 2007, at approximately 2:11PM, CORONA, using the screen name "C0r0nah," IM'd "Megan," and he had an online conversation with "Megan."

a.  During this conversation, CORONA discussed with "Megan" the idea of meeting and what type of sexual activity they would engage in when they met.  The following is an excerpt of this same conversation:

CORONA:  AND TELL ME BABY

CORONA:  ARE YOU GOING TO LE ME EXPLORE YOUR BODY

CORONA:  I WANT TO EAT YOU

```
Megan:      what u meen explore...LOL

Megan:      eat me !!!! ???

CORONA:     YEAH

CORONA:     NO NOT LIKE A CANIBAL..

Megan:      what?

CORONA:     DO U MIND IF I AS YOU TO DO SOMETHING FOR ME..

Megan:      what?

CORONA:     WHEN I DO GET TO SEE YOU..AND BE WITH YOU..

CORONA:     IF I DO TAKE OFF YOUR PANTS...

CORONA:     AND IF I ASK YOU TO PUT YOUR PUSSY IN MY FACE WOULD YOU
            DO IT BABY

Megan:      u meen just like sit on u with my clothes on...LOL?

CORONA:     NO..

CORONA:     WITHOUT

CORONA:     I WANNA TASTE YOUR PUSSY
```

CORONA:     PLEASE

        b.   Later in the same conversation, CORONA discussed other sex acts he would want to perform with "Megan," stating, "as a matter of fact i will make you suck my cock." CORONA further acknowledged he knew "Megan" was 13 years old and that this conduct was wrong, stating "i will take it off and hopefully you will like to suck it...please...i know you are only 13...and is wrong." CORONA further informed "Megan" that he did not want to get arrested, stating, "i dont wanna show up to your house and have 100 cops..arrest me." "Megan" asked, "for what????????" CORONA stated, "you are a minor."

20.  On October 23, 2007, at approximately 7:40AM, CORONA, using the screen name "C0r0na1982," IM'd "Megan," and had an online conversation with "Megan."

   a.   During this conversation, "Megan" asked if CORONA had changed his screen name to "C0r0na1982." CORONA stated, "yes..the other one was blocked...maybe for talking to minors...like you."

21.  On November 8, 2007, at approximately 3:23PM, CORONA, using the screen name "C0r0na1982," IM'd "Megan," and he had an online conversation with "Megan."

   a.   During this conversation, CORONA informed "Megan" that he had watched a program on television where guys get caught trying to have sex with minors.  CORONA told "Megan" he knew she was a minor but still wanted to do the things they had talked about stating, "yeah and i know you are a minor..yet i wanna do all those things that we talked about."  "Megan" informed CORONA that maybe they shouldn't because she did not want herself or CORONA to get in trouble.  CORONA responded, "if you dont tell anyone then i will not get in trouble right."

22.  On November 13, 2007, at approximately 3:32PM, CORONA, using the screen name "C0r0na1982" IM'd "Megan," and he had an online conversation with "Megan."

   a.   During this conversation, CORONA informed "Megan" that he was going to be off of work on November 21, 2007, and wants to meet her stating, "listen im going to off work on the 21...do u think we can meet then."

b.    Later in the same conversation, CORONA asked "Megan" if she wanted him to rent a hotel room stating, "do u want me to rent a hotel room...to be alone."

c.    In the same conversation, CORONA asked "Megan" if she shaved her pubic area and if she would allow him to touch her genitals when they met stating, "do u shave your pussy baby?...is it harry...would you mind me feeling it with my fingers."

d.    Later in the same conversation, CORONA and "Megan" discussed their meeting date and time. CORONA stated, "nov. 21...ok...what time...how about 9...a.m." "Megan" responded, "prob better about like 10 or 1030...cuz my mom goes to work like at 930." CORONA informed "Megan" the plan would be to see a movie and then go to the hotel stating, "I was thinking we can go see a movie or something...then go 2 the hotel."

e.    As the conversation continued, CORONA asked "Megan" if she would be willing to allow him to touch her genitals stating, "Tell me the truth...Will u let me fee ur pussy with my fingers." CORONA then admitted he was the one who was hesitant to meet before for fear of going to jail stating, "I know...Its always me..Is mostly because im affraid 2 go 2 jail." "Megan" then explained she did not want CORONA to be afraid and that they could just be online friends if he wanted. CORONA indicated he wanted to be more than friends stating, "No i wanna b more" and "YOU KNOW WHAT....Fuck it lets do it." "Megan" then asked CORONA if he was sure to which CORONA responded, "I will risk everything 4 u." CORONA further added, "Ok...Lets do

14

everything...That way the risk will b worth it...What do u say."

      f.   At the end of the conversation, CORONA asked "Megan" to send her address stating, "Send me ur address again." After "Megan" asked if CORONA wanted it right then, CORONA stated, "Ok e-mail 2 me."  "Megan" then sent an email to CORONA at "C0r0na1982@aol.com," which provided her address as 22122 Victory Boulevard, Woodland Hills, California.  CORONA responded by IM, "The apartment number 2 baby."  "Megan" responded by sending an IM with the number "104."  CORONA then asked, "Do i meet u at ur house" to which "Megan" stated, "up2u...you can if you wanna."  CORONA responded, "I love u...And i did get it."

    23.  On November 14, 2007, at approximately 3:06PM, CORONA, using the screen name "C0r0na1982," IM'd "Megan," and had an online conversation with "Megan."

      a.   During this conversation, CORONA and "Megan" discussed their meeting on Wednesday, November 21, 2007.  CORONA indicated to "Megan" that the plan would be to go to the theater first and get something to eat before going to the hotel.  CORONA stated, "i was thinking we go to the theater first then we go eat something..." and "go back to the hotel."

      b.   Later in the conversation, CORONA informed "Megan" that he has been studying the situation near her apartment and found a movie theater at a local mall, stating, "because the movie theater is on that same plaza..is on oxnard."  "Megan" informed CORONA that it was close to her house to which CORONA stated, "see...i been studying the situation" and

15

"westfield...something like that."   "Megan" then asked CORONA if
he wanted her to walk to the mall to meet him or how she would
get there stating, "so i you want me to walk there or what."
CORONA responded, "no baby im not gonna make you walk...i will
pick you up."

24.   On November 20, 2007, at approximately 3:30PM, CORONA,
using the screen name "C0r0na1982," IM'd "Megan," and had an
online conversation with "Megan."

a.   During this conversation, CORONA and "Megan"
discussed their meeting the following day, Wednesday, November
21, 2007.   CORONA agreed to pick up "Megan" at her apartment at
approximately 11:30AM.   CORONA was instructed to park in the
visitor parking lot at the corner of Randi Avenue and Erwin
Avenue, and that "Megan" would meet CORONA there at 11:30AM.

**IV.   IDENTIFICATION OF HUGO CORONA**

25.   On August 28, 2007, I reviewed a fax dated August 28,
2007, that had been provided by AOL regarding the AOL screen name
"C0r0nah", from which I learned the following:

a.   The subscriber information for the screen name
"C0r0nah" is George Medina, 2225 S. San Pedro Street, Los
Angeles, California, 90011, evening telephone (951) 766-7792,
daytime telephone (323) 353-6081.

b.   A credit card in the name of "Hugo Corona" is
listed on the account.

26.   On November 16, 2007, I conducted a check of public
records, Law Enforcement Report, for "CORONA" and found that a

person named Hugo R. Corona, with social security number 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, had an address of 1181 1/2 E. 51st Street, Los Angeles, California, 90011.

27.   On November 16, 2007, I reviewed a fax dated November 16, 2007, that had been provided by AOL regarding the AOL screen name "C0r0na1982", from which I learned the following:

a.   The subscriber information for the screen name "C0r0na1982" is Hugo Corona, 1181 E. 51st Street, Los Angeles, California, 90011, evening telephone number (323) 834-6596, daytime telephone number (323) 231-8149.

**V.   CONCLUSION**

28.   Based on the facts set forth herein, and based on my training, education, experience, and participation in this investigation, there is probable cause to believe that CORONA has violated Title 18, United States Code, Section 2422(b): Use of Facility of Interstate Commerce to Attempt to Induce a Minor to Engage in Criminal Sexual Activity for Which a Person Could be Charged with a Criminal Offense.

```
                                    _____
                                    MARC J. BOTELLO
                                    Special Agent
                                    Federal Bureau of Investigation
```

Subscribed and sworn to before me
this 21st day of November, 2007.

```
_____
HONORABLE   Frederick F. Mumm
UNITED STATES MAGISTRATE JUDGE
```